UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
HUMBERTO LABAUT, Case No. 12-11299-AJC
Debtor
___________________________________/ Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 7TH___ day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*__________________
Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Wachovia/ Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wachovia Bank, N.A. / Wells Fargo
301 S Tryon St
Charlotte, NC 28282