## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **12-11299-AJC**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Humberto Labaut _____          CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-2044 _____          Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60_ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ 292.83      for months   1   to   60  ;
    B.    $_____ for months _____to_____;
    C.    $_____ for months _____to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                    TOTAL PAID        $2,000.00
                    Balance Due       $ 2,250.00   payable $ 187.50   month (Months   1   to   12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_____          Arrearage on Petition Date $ _____
Address _____          Arrears Payment   $_____/month  (Months____ to ___)
        _____          Arrears Payment   $_____/month  (Months____  to ___)
        _____          Regular Payment   $_____/month  (Months_____ to ___)

2._____          Arrears Payment   $_____
_____          Arrears Payment   $_____/month  (Months____ to ___)
_____          Regular Payment   $_____/month  (Months___ to ___)
                                           Arrears Payment   $_____/month  (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Loan No. xxxx2028 Prop Add: 16920 NW 54th Ave Miami Gardens, FL 33055 | $80,039.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1. _n/a_____          Total Due $_____
                                        Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $ 76.05 _ month (Months __1__ to __12__ ). Pay $263.55/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Regions Mortgage (Loan No. xxxxxx7910) directly outside the plan. The debtor will provide copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I and J and modify the plan if necessary. _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 06/19/12